**FILED**

2003 NOV -6  P 12: 33

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BRUNO | } | |
| Plaintiff | } | |
| V. | } | CIVIL ACTION NO. |
| GREENWICH BOARD OF EDUCATION | } | 3:02 CV 02192 (WWE) |
| Defendants | } | NOVEMBER 5, 2003 |

## MOTION FOR EXTENSION OF TIME

In accordance with Rules 9(a) and 9(b) of the Local Rules of Civil Procedure, the plaintiff in this matter hereby moves for an extension of time to file a dispositive motion. The current timeline for filing a dispositive motion is November 30, 2003. The plaintiff respectfully requests an additional sixty (60) days from November 30, 2003 to January 30, 2004 to file a dispositive motion. The plaintiff's request is predicated upon that fact that plaintiff's counsel has been involved with several pending administrative and judicial matters and judicial proceedings, including writing an extensive memorandum of law in special education matters, responding to a discovery request and a deposition in another federal court matter, and conducting several administrative hearings in special education appeals that will prevent the completion of the plaintiff's

**ORAL ARGUMENT NOT REQUESTED/NO TESTIMONY REQUIRED**

dispositive motion by November 30, 2003.

Counsel for the defendant had been contacted on October 30, 2003 and she would not indicate whether or not she would have an objection to the plaintiff's request, but would get back to the plaintiff's counsel. Counsel for the defendant has not contacted plaintiff's counsel, as of the date of this submission.

This is the plaintiff's first request for an extension of time.

For the foregoing reasons, the plaintiff respectfully requests the Court to grant this motion for an extension of time.

PLAINTIFFS

By_____
Lawrence W. Berliner
Howard Klebanoff, P.C.
Corporate Center West
433 South Main Street Suite 102
West Hartford, CT 06110
Tel. No. (860) 313-5005
Fed. Bar No. CT 7002

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date by U.S. Mail first class, postage prepaid to Attorney Valerie Maze, Assistant Town Attorney, Town Hall, P.O. Box 2540, Greenwich, CT.

_____
Attorney Lawrence W. Berliner