*held 11/13*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

November 13, 2003

9:20 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:02cv02192 (WWE)**    Bruno v. Greenwich Bd. Of Ed.

Kelly D. Balser
Klebanoff & Phelan, PC
Corporate Center West
433 S. Main St.
Suite 117
West Hartford, CT 06110

Lawrence W. Berliner
Klebanoff & Phelan, PC
433 S. Main St.
Suite 102
West Hartford, CT 06110

Valerie E. Maze
Town of Greenwich
Town Hall, Law Dept.
101 Field Point Rd., PO Box 2540
Greenwich, CT 06836-2540

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK