#13

FILED

2003 NOV -6  P 12: 34

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID BRUNO | } |
| Plaintiff | } |
| V. | }   CIVIL ACTION NO. |
| GREENWICH BOARD OF EDUCATION | }   3:02 CV 02192 (WWE) |
| Defendants | }   NOVEMBER 5, 2003 |

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
11-14-03

## MOTION FOR EXTENSION OF TIME

In accordance with Rules 9(a) and 9(b) of the Local Rules of Civil Procedure, the plaintiff in this matter hereby moves for an extension of time to file a dispositive motion. The current timeline for filing a dispositive motion is November 30, 2003. The plaintiff respectfully requests an additional sixty (60) days from November 30, 2003 to January 30, 2004 to file a dispositive motion. The plaintiff's request is predicated upon that fact that plaintiff's counsel has been involved with several pending administrative and judicial matters and judicial proceedings, including writing an extensive memorandum of law in special education matters, responding to a discovery request and a deposition in another federal court matter, and conducting several administrative hearings in special education appeals that will prevent the completion of the plaintiff's

**ORAL ARGUMENT NOT REQUESTED/NO TESTIMONY REQUIRED**