**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**



2003 DEC -8 P 2: 22

| | |
|---|---|
| **DAVID BRUNO, Plaintiff** | |
| V. | **CIVIL ACTION No.** |
| | **3:02CV2192 (WWE)** |
| **GREENWICH BOARD OF EDUCATION,** **Defendant** | **DECEMBER 5, 2003** |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

The plaintiffs respectfully requests leave to amend the Complaint filed in this matter. On November 13, 2003, the parties attended a status conference with the Court. Counsel for the defendant had indicated at that time that there would be no objection to the filing of an amended complaint in order to clarify certain factual claims of the plaintiff. This motion has not been submitted for the purpose of delay, bad faith or to otherwise prejudice the non-moving party. *Milanese v. Rust- O-Leum Corp.* 244 F. 3d 104, 110 (2d Cir. 2001).

A copy of the proposed amended Complaint has been attached to this Motion.

WHEREFORE, for the foregoing reasons, the plaintiff respectfully requests the Court to grant this motion and allow the plaintiff leave to file the amended Complaint.

Respectfully submitted,

DAVID BRUNO

By_____
Lawrence W. Berliner
Howard Klebanoff, P.C.
433 South Main Street, Suite 102
West Hartford, CT 06110
1-860-313-5005
Federal Bar No. ct 7002

### CERTIFICATION

I hereby certify that a copy of the foregoing motion to amend the complaint and a copy of the amended complaint were mailed postage prepaid on this 5th day of December, 2003 to:

Attorney Valerie Maze
Town of Greenwich-Law Department
101 Field Point Road
P.O. Box 2540
Greenwich, CT 06836-2540

_____
Lawrence W. Berliner