UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID BRUNO, Plaintiff

V.                                                              CIVIL ACTION No.

                                                                3:02CV2192 (WWE)
GREENWICH BOARD OF EDUCATION,
Defendant                                                       DECEMBER 5, 2003

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

The plaintiffs respectfully requests leave to amend the Complaint filed in this matter. On November 13, 2003, the parties attended a status conference with the Court. Counsel for the defendant had indicated at that time that there would be no objection to the filing of an amended complaint in order to clarify certain factual claims of the plaintiff. This motion has not been submitted for the purpose of delay, bad faith or to otherwise prejudice the non-moving party. *Milanese v. Rust-O-Leum Corp.* 244 F. 3d 104, 110 (2d Cir. 2001).

A copy of the proposed amended Complaint has been attached to this Motion.

WHEREFORE, for the foregoing reasons, the plaintiff respectfully requests the Court to grant this motion and allow the plaintiff leave to file the amended Complaint.

Respectfully submitted,

DAVID BRUNO

By_____
Lawrence W. Berliner
Howard Klebanoff, P.C.
433 South Main Street, Suite 102
West Hartford, CT 06110
1-860-313-5005
Federal Bar No. ct 7002

Motion GRANTED.
WARREN W. EGINTON
Senior United States District Judge