FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 20 P 12: 34

US DISTRICT COURT
BRIDGEPORT CT

-----------------------------------------------------------X
DAVID BRUNO

Plaintiff

: 3: 02CV 2192 (WWE)

BOARD OF EDUCATION FOR THE TOWN
OF GREENWICH

Defendant
-----------------------------------------------------------X    January 16, 2004

## MOTION FOR EXTENSION OF TIME

In accordance with Rules 9(a) and 9(b) of the Local Rules of Civil Procedure, the defendant Greenwich Board of Education (hereinafter "the Board") hereby moves for an extension of time for the filing of dispositive motions. The current timeline for filing a dispositive motion is January 30, 2004. The defendant respectfully requests an extension of time from January 30, 2004 to February 27, 2004 for the filing of dispositive motions. This is a case involving seven (7) days of testimony and lengthy exhibits which must be reviewed for preparation of such motions. Defendant's counsel has spoken to plaintiff's counsel and there is no objection to the extension sought.

For the foregoing reasons, defendant respectfully requests the Court to grant an extension of time to February 27, 2004 for filing of depositive motions.

DEFENDANT
GREENWICH BOARD OF EDUCATION

By: _____
Valerie E. Maze,
Federal Bar No. CT 14080
Law Department, Town Hall
101 Field Point Road,
Greenwich, CT  06836-2540
(203) 622-7877
Facsimile: (203) 622-3816

## CERTIFICATION OF SERVICE

A copy of the foregoing has been mailed by first class mail, this 16th day of January, 2004 to:

Attorney Lawrence W. Berliner
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT 06110.

_____
Valerie E. Maze