#19

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 20  P 12: 34

US DISTRICT COURT
BRIDGEPORT CT

------------------------------------------------------------X
DAVID BRUNO

Plaintiff
v.

BOARD OF EDUCATION FOR THE TOWN
OF GREENWICH

Defendant
------------------------------------------------------------X

3: 02CV 2192 (WWE)

January 16, 2004

## MOTION FOR EXTENSION OF TIME

In accordance with Rules 9(a) and 9(b) of the Local Rules of Civil Procedure, the defendant Greenwich Board of Education (hereinafter "the Board") hereby moves for an extension of time for the filing of dispositive motions. The current timeline for filing a dispositive motion is January 30, 2004. The defendant respectfully requests an extension of time from January 30, 2004 to February 27, 2004 for the filing of dispositive motions. This is a case involving seven (7) days of testimony and lengthy exhibits which must be reviewed for preparation of such motions. Defendant's counsel has spoken to plaintiff's counsel and there is no objection to the extension sought.

For the foregoing reasons, defendant respectfully requests the Court to grant an extension of time to February 27, 2004 for filing of depositive motions.

*Motion GRANTED*

WARREN W. EGINTON
Senior United States District Judge
1-20-04