UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID BRUNO,
      Plaintiff

V.    CIVIL ACTION No.

GREENWICH BOARD OF EDUCATION,    3:02 CV 2192 (WWE)
      Defendant
FEBRUARY 23, 2004

## MOTION FOR ENLARGEMENT OF TIME

In accordance with the provisions of Rule 9(a) and 9(b) of the *Local Rules of Civil Procedures, as amended,* the plaintiff respectfully requests a thirty-day extension of time from February 27, 2004 up to and including March 29, 2004, to file the plaintiff's dispositive motion in this action. This request has been necessitated by several scheduling conflicts in pending judicial and administrative proceedings, including the preparation of administrative hearings and the preparation and the filing of memoranda of law in other pending matters. This request for an enlargement of time has not been submitted for the purpose of delay and prejudice will not inure to either party if the Court grants this extension of time.

Counsel for the defendant has been contacted and there is no objection to the plaintiff's request.

This is the first request for an extension of time submitted by the plaintiff.

WHERFORE, for the foregoing reasons, the plaintiff respectfully requests that the Court grant this Motion for Enlargement of Time.

Respectfully submitted,

THE PLAINTIFF

By_____
Lawrence W. Berliner
His Attorney
Klebanoff and Alfano, P.C.
433 South Main Street
Suite 102
West Hartford, CT 06110
1-860-313-5005
Federal Bar No. ct 7002

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for an Enlargement of Time was mailed postage prepaid on this 24th day of February, 2004 to:

Attorney Valerie Maze
Assistant Town Attorney
Town of Greenwich-Law Department
101 Field Point Road
Greenwich, CT 06836-3816

_____
Lawrence W. Berliner

2