#21

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID BRUNO,
      Plaintiff

2004 FEB 25 A 10: 17

V.

CIVIL ACTION No.

GREENWICH BOARD OF EDUCATION,
      Defendant

3:02 CV 2192 (WWE)

FEBRUARY 23, 2004

## MOTION FOR ENLARGEMENT OF TIME

In accordance with the provisions of Rule 9(a) and 9(b) of the *Local Rules of Civil Procedures, as amended*, the plaintiff respectfully requests a thirty-day extension of time from February 27, 2004 up to and including March 29, 2004, to file the plaintiff's dispositive motion in this action. This request has been necessitated by several scheduling conflicts in pending judicial and administrative proceedings, including the preparation of administrative hearings and the preparation and the filing of memoranda of law in other pending matters. This request for an enlargement of time has not been submitted for the purpose of delay and prejudice will not inure to either party if the Court grants this extension of time.

Counsel for the defendant has been contacted and there is no objection to the plaintiff's request.

This is the first request for an extension of time submitted by the plaintiff.

WHERFORE, for the foregoing reasons, the plaintiff respectfully requests that the Court grant this Motion for Enlargement of Time.

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
3-3-04

FILED 2004 MAR -3 P 5:09
US DISTRICT COURT
BRIDGEPORT CT