UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 22 P 12: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

---------------------------------------------------------X
DAVID BRUNO

Plaintiff
v.

BOARD OF EDUCATION FOR THE TOWN
OF GREENWICH

Defendant
---------------------------------------------------------X

3: 02CV 2192 (WWE)

MARCH 19, 2004

## MOTION FOR EXTENSION OF TIME

In accordance with Rules 9(a) and 9(b) of the Local Rules of Civil Procedure, the defendant Greenwich Board of Education (hereinafter "the Board") hereby moves for an extension of time for the filing of dispositive motions. The plaintiff intends to file a motion for summary judgment in this action. The defendant intends to file a cross motion for summary judgment as well on the defenses of lack of jurisdiction/failure to state a claim upon which relief may be granted. Counsel have intended to file the motions simultaneously.

The current timeline for filing of dispositive motions is March 29, 2004 on extension. The undersigned counsel represented the Greenwich Board of Education in the captioned case at a hearing before a hearing officer appointed by the State Department of Education which is the subject of the current action in this court. Said case involved seven (7) days of testimony and lengthy exhibits which must be reviewed for a response to the Local 56(a)(1) Statement.

Defendant's counsel is currently selecting a jury in the Stamford Superior Court in the case of Nicholas Stroumbakis, M.D. et al. vs. Town of Greenwich, D.N. CV 00 0181627S.  Assuming jury selection is concluded promptly, the evidence in said case is not expected to conclude until the third week of April 2004 and may be extended thereafter.  The plaintiff in the state court case has disclosed the intention to call 20 witnesses and 96 documentary exhibits. The trial is as a result necessarily protracted.

Defendant's counsel in this case has spoken to plaintiff's counsel and there is no objection to the extension sought.

For the foregoing reasons, defendant respectfully requests the Court to grant an extension of time to May 31, 2004 for filing of dispositive motions.

DEFENDANT
GREENWICH BOARD OF EDUCATION

By: _____
Valérie E. Maze,
Federal Bar No. CT 14080
Law Department, Town Hall
101 Field Point Road,
Greenwich, CT  06836-2540
(203) 622-7877
Facsimile: (203) 622-3816

## CERTIFICATION OF SERVICE

A copy of the foregoing has been mailed by first class mail, this 19th day of March 2004 to:

Attorney Lawrence W. Berliner
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT 06110.

_____
Valerie E. Maze