UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 22 P 12: 37

-----------------------------------------------------X
DAVID BRUNO                                          :   CIVIL ACTION NOS. DISTRICT COURT
                                                     :   3: 02CV2192 (WWE) BRIDGEPORT, CONN
              Plaintiff,                             :
v.                                                   :
                                                     :
                                                     :
GREENWICH BOARD OF EDUCATION                         :
                                                     :
              Defendant.                             :
-----------------------------------------------------X   March 19, 2004

## ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to an agreement of the parties that the defendant Greenwich Board of Education will address specific factual allegations to be raised in the plaintiff's anticipated Local Rule 56(a)(1) statement, the defendant Board hereby files this Answer and Affirmative Defenses to the Amended Complaint filed in this action:

The defendant generally denies the allegations of the Amended Complaint except that the defendant admits the plaintiff was a student in the Greenwich Public Schools who was entitled to receive, and did receive, special education services and that, following a hearing, the hearing officer issued a decision in favor of the defendant.

By way of Affirmative Defenses:

1. The court lacks subject matter jurisdiction over the plaintiff's claims.

2. The Amended Complaint fails to state a claim upon which relief may be granted.

THE DEFENDANT,
GREENWICH BOARD OF EDUCATION

By: _____
Valerie E. Maze
Federal Bar No. CT 14080
Law Department, Town Hall,
101 Field Point Road
Greenwich, CT 06836-2540
Telephone:(203) 622-7878
Fax:(203) 622-3816

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent postage prepaid on March 19, 2004 via first-class United States mail to:

Lawrence W. Berliner, Esq.
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 102
West Hartford, CT 06110.

_____
Valerie E. Maze