

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 22  P 12: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

---------------------------------------X
DAVID BRUNO                            :   02CV2192NEXT
                                       :   3: 02CV 2192 (WWE)
Plaintiff                              :
v.                                     :
                                       :
BOARD OF EDUCATION FOR THE TOWN        :
OF GREENWICH                           :
                                       :
Defendant                              :
---------------------------------------X   MARCH 19, 2004

## MOTION FOR EXTENSION OF TIME

In accordance with Rules 9(a) and 9(b) of the Local Rules of Civil Procedure, the defendant Greenwich Board of Education (hereinafter "the Board") hereby moves for an extension of time for the filing of dispositive motions. The plaintiff intends to file a motion for summary judgment in this action. The defendant intends to file a cross motion for summary judgment as well on the defenses of lack of jurisdiction/failure to state a claim upon which relief may be granted. Counsel have intended to file the motions simultaneously.

The current timeline for filing of dispositive motions is March 29, 2004 on extension. The undersigned counsel represented the Greenwich Board of Education in the captioned case at a hearing before a hearing officer appointed by the State Department of Education which is the subject of the current action in this court. Said case involved seven (7) days of testimony and lengthy exhibits which must be reviewed for a response to the Local 56(a)(1) Statement.

*[Handwritten margin notes: "3-25-04 Motion GRANTED. WARREN W. EGINTON, Senior United States District Judge"]*

FILED 2004 MAR 24  P 12:24  U.S. DISTRICT COURT BRIDGEPORT, CONN