UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**DAVID BRUNO, Plaintiff**

V.                                                                CIVIL ACTION No.

                                                                    3:02 CV 2192 (WWE)

**GREENWICH BOARD OF EDUCATION,**
                    **Defendant**                           May 31, 2004

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

In accordance with the provisions of F.R.Civ. P. 56(a), the plaintiff David Bruno moves for summary judgment on Counts One and Four of the Amended Complaint against the defendant Green Board of Education. The plaintiff respectfully requests the Court to grant summary judgment in his favor with respect to Count One and Four of the Amended Complaint. The plaintiff makes this motion on the grounds that there are no material facts with respect to these two Counts and that the plaintiff is entitled to judgment on those two counts as a matter of law, thereby entitling him to the reversal of the Department of Education's Final Decision and Orders issued in Case No. 02-139 dated October 29, 2002, and the relief requested in the Amended Complaint.

In support of said motion, the plaintiff has submitted a memorandum of law, a statement of material facts not in dispute pursuant to Local Rule of Civil procedures 56(a), and a complete copy of the administrative record, including transcripts and the exhibits of the plaintiff (Parent's Exhibits), defendant's exhibits (Board's Exhibits), and Hearing Officer exhibits.

**ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED**