UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| DAVID BRUNO | : | CIVIL ACTION NO. |
| | : | 3: 02CV2192 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | |
| GREENWICH BOARD OF EDUCATION | : | |
| | : | |
| Defendant. | : | |
| | | June 1, 2004 |

## DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 of the Local Rules of Civil Procedure for the District of Connecticut, the defendant Greenwich Board of Education hereby moves for summary judgment because, based on the evidence submitted at the due process hearing which is before the court, there is no genuine dispute as to an issue of material fact and the defendant is entitled to judgment as a matter of law.

Defendant's Local Rule 56(a)(1) Statement and Memorandum of Law are annexed hereto.

DEFENDANT,
GREENWICH BOARD OF EDUCATION

By:_____
Valerie E .Maze, Its Attorney
Federal Bar No. CT 14080
Town of Greenwich Law Dept.
101 Field Point Road
Greenwich, CT 06830
Telephone (203) 622-7876
FAX (203) 622-3816

## CERTIFICATION OF SERVICE

A copy of the foregoing has been mailed by first class mail, postage prepaid, this 1st day of June, 2004 to Lawrence W. Berliner, Esq., Klebanoff & Alfano, P.C., Corporate Center West, 433 South Main Street, Suite 102, West Hartford, CT 06110.

_____
Valerie E. Maze