FILED
2004 JUN 29 P 1: 28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
DAVID BRUNO                                            :
                                                       :    3: 02CV 2192 (WWE)
Plaintiff                                              :
v.                                                     :
                                                       :
BOARD OF EDUCATION FOR THE TOWN      :
OF GREENWICH                                           :
                                                       :
Defendant                                              :
------------------------------------------------------------X    JUNE 24, 2004

## MOTION FOR EXTENSION OF TIME

In accordance with Rule 9 of the Local Rules of Civil Procedure, the defendant Greenwich Board of Education (hereinafter "the Board") hereby moves for an extension of time to July 9, 2004 for the filing of its Local Rule 56(a)(2) Statement, its opposition to the plaintiff's motion for summary judgment, and any reply to the plaintiff's opposition to the defendant's cross motion for summary judgment. The undersigned has been, and is, currently defending several other matters with imminent deadlines and requires additional time for preparation of the relevant documents.

Defendant's counsel in this case has spoken to plaintiff's counsel and there is no objection to the extension sought.

For the foregoing reasons, defendant respectfully requests that the Court grant an extension of time to July 9, 2004 for the filing of its 56(a)(2) Statement, opposition to the motion for summary judgment, and any reply to the plaintiff's opposition to defendant's cross motion for summary judgment.

DEFENDANT
GREENWICH BOARD OF EDUCATION

By: /s/ Valerie E. Maze

Valerie E. Maze,
Federal Bar No. CT 14080
Law Department, Town Hall
101 Field Point Road,
Greenwich, CT 06836-2540
(203) 622-7877
Facsimile: (203) 622-3816

2

## CERTIFICATION OF SERVICE

A copy of the foregoing has been mailed by first class mail, this 25th day of June 2004 to:

Attorney Lawrence W. Berliner
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT 06110.

_____
Valerie E. Maze