FILED
2004 JUL -9 A 11: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
DAVID BRUNO

Plaintiff
v.

BOARD OF EDUCATION FOR THE TOWN
OF GREENWICH

Defendant
---------------------------------------------------------X

3: 02CV 2192 (WWE)

July 8, 2004

## MOTION FOR EXTENSION OF TIME

In accordance with Rule 9 of the Local Rules of Civil Procedure, the defendant Greenwich Board of Education (hereinafter "the Board") hereby moves for an extension of time to July 16, 2004 for the filing of its Local Rule 56(a)(2) Statement, its opposition to the plaintiff's motion for summary judgment, and any reply to the plaintiff's opposition to the defendant's cross motion for summary judgment. The undersigned has been attempting to file said documents by July 9, 2004; the additional short extension requested is additional time is required for preparation given construction in the office of the undersigned and a hearing scheduled for July 13, 2004 in another matter.

This is the second such extension sought. Plaintiff's counsel agreed to the earlier extension to July 9, 2004; defendant's counsel in this case has indicated the nature of the extension sought to plaintiff's counsel and was unable to determine plaintiff's position as of this time.

For the foregoing reasons, defendant respectfully requests that the Court grant an extension of time to July 16, 2004 for the filing of its 56(a)(2) Statement, opposition to the motion for summary judgment, and any reply to the plaintiff's opposition to defendant's cross motion for summary judgment.

DEFENDANT
GREENWICH BOARD OF EDUCATION

By: _____
Valerie E. Maze,
Federal Bar No. CT 14080
Law Department, Town Hall
101 Field Point Road,
Greenwich, CT  06836-2540
(203) 622-7877
Facsimile: (203) 622-3816

## **CERTIFICATION OF SERVICE**

A copy of the foregoing has been mailed by first class mail, this 8th day of July 2004 to:

Attorney Lawrence W. Berliner
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 102
West Hartford, CT 06110.

_____
Valerie E. Maze