# 31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL -9 A 11: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

-----------------------------------------------------------X
DAVID BRUNO                               :
                                          :     3: 02CV 2192 (WWE)
Plaintiff                                 :
v.                                        :
                                          :
BOARD OF EDUCATION FOR THE TOWN           :
OF GREENWICH                              :
                                          :
Defendant                                 :
-----------------------------------------------------------X     July 8, 2004

## MOTION FOR EXTENSION OF TIME

In accordance with Rule 9 of the Local Rules of Civil Procedure, the defendant Greenwich Board of Education (hereinafter "the Board") hereby moves for an extension of time to July 16, 2004 for the filing of its Local Rule 56(a)(2) Statement, its opposition to the plaintiff's motion for summary judgment, and any reply to the plaintiff's opposition to the defendant's cross motion for summary judgment. The undersigned has been attempting to file said documents by July 9, 2004; the additional short extension requested is additional time is required for preparation given construction in the office of the undersigned and a hearing scheduled for July 13, 2004 in another matter.

This is the second such extension sought. Plaintiff's counsel agreed to the earlier extension to July 9, 2004; defendant's counsel in this case has indicated the nature of the extension sought to plaintiff's counsel and was unable to determine plaintiff's position as of this time.

to July 16, 2004

7/14/04

WARREN W. EGINTON
Senior United States District Judge

FILED
2004 JUL 14 P
U.S. DISTRICT COURT
BRIDGEPORT, CONN