UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BRUNO | } | |
| | } | |
| Plaintiff | } | |
| | | |
| V. | } | CIVIL ACTION NO. |
| GREENWICH BOARD OF EDUCATION | } | 3:02 CV 02192 (WWE) |
| | } | |
| Defendants | } | JULY 21, 2004 |

## MOTION TO INTRODUCE ADDITIONAL EVIDENCE

In accordance with the provisions of 20 U.S.C. §1415(i)(2)(B)(ii), the plaintiff respectfully requests permission to supplement the administrative record by offering into evidence a copy of the American Psychiatric Association Diagnostic and Statistical Manual-IV Edition (DSM-IV), in particular Section 299.80 that defines and discusses Asperger's Syndrome. A copy had been annexed to plaintiff's Local Rule 56(a)(i) Statement dated June 1, 2004.

In its Local Rule 56(a)(2) Statement dated July 16, 2004, the defendant had objected to the inclusion of the copy of the DSM-IV §299.80 as part of plaintiff's Local Rule 56(a)(2) Statement. The defendant ignored the fact that there was extensive information regarding the plaintiff's diagnosis of Asperger's Syndrome presented throughout the hearing regarding his disability during his attendance in Greenwich Public Schools, including evaluation reports that were part of the administrative record. <u>Administrative Record – Parent's Exhibits Nos. P-6(4), P-8(2),</u>

P-29(1).  The DSM-IV definition annexed to plaintiff's Motion for Summary Judgment and Local Rule 56(a)(2) Statement was intended to provide the Court with a clinical definition of Asperger's Syndrome.  The DSM-IV definition will supplement, not supplant, the record.

The Court has considerable discretion to decide whether to admit additional evidence in the form of DSM-IV Section 299.80 in the record for review. Jean N. v. Tirozzi, 17 EHLR 580, Civil Action No. H-88-703 (D.Conn. 1991). (attached hereto).  The addition of this document will not materially alter the administrative record, but was offered to merely clarify, not supplant, the administrative record.

WHEREFORE, for the foregoing reasons, the plaintiff respectfully requests the Court to grant his Motion to Introduce Additional Evidence for these reasons and any additional reasons that may be presented to the Court.

    PLAINTIFF

By_____
  Lawrence W. Berliner
  Klebanoff & Alfano, P.C.
  Corporate Center West
  433 South Main Street Suite 102
  West Hartford, CT 06110
  Tel. No.  (860) 313-5005
  Fed. Bar No. CT 7002

**CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed this 21st day of July, 2004 by U.S. Mail first class, postage prepaid to Attorney Valerie Maze, Assistant Town Attorney, Town Hall, 101 Field Point Road, Greenwich, CT.

                                                                                _____
                                                                        Attorney Lawrence W. Berliner