

#30

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN 29 P 1:28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

---------------------------------------X
DAVID BRUNO

Plaintiff
v.

BOARD OF EDUCATION FOR THE TOWN
OF GREENWICH

Defendant
---------------------------------------X

3: 02CV 2192 (WWE)

JUNE 24, 2004

### MOTION FOR EXTENSION OF TIME

In accordance with Rule 9 of the Local Rules of Civil Procedure, the defendant Greenwich Board of Education (hereinafter "the Board") hereby moves for an extension of time to July 9, 2004 for the filing of its Local Rule 56(a)(2) Statement, its opposition to the plaintiff's motion for summary judgment, and any reply to the plaintiff's opposition to the defendant's cross motion for summary judgment. The undersigned has been, and is, currently defending several other matters with imminent deadlines and requires additional time for preparation of the relevant documents.

Defendant's counsel in this case has spoken to plaintiff's counsel and there is no objection to the extension sought.

For the foregoing reasons, defendant respectfully requests that the Court grant an extension of time to July 9, 2004 for the filing of its 56(a)(2) Statement, opposition to the motion for summary judgment, and any reply to the plaintiff's opposition to defendant's cross motion for summary judgment.

Motion GRANTED.
WARREN W. EGINTON
Senior United States District Judge
5-11-04