UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BRUNO | } | |
| | } | |
| Plaintiff | } | |
| | | |
| V. | } | CIVIL ACTION NO. |
| | | |
| GREENWICH BOARD OF EDUCATION | } | 3:02 CV 02192 (WWE) |
| | } | |
| Defendants | } | SEPTEMBER 30, 2004 |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S AMENDMENT TO ITS LOCAL RULE 56(a)(2) STATEMENT**

The Plaintiff hereby objects to defendant's September 28, 2004 amendment to its Local Rule 56(a)(2) Statement dated July 16, 2004. In its original Local Rule 56(a)(2) Statement dated July 16, 2004, the Defendant had stated that "(t)he balance of the allegations of Paragraph 2 is admitted." However, in its Local Rule 56(a)(2) Statement dated September 28, 2004, the Defendant has stated that "(t)he balance of the allegations of Paragraph 2 is denied," asserting that this was merely "a technical correction." Defendant's Supplement to Local Rule 56(a)(2) Statement page 1 (9/28/04).

The Defendant's change from an admission to a denial can hardly be characterized as a "technical correction". Instead, the Court should find this change to be material. Moreover, the provisions of F.R. Civ.P. Rule 15(a) provides inter alia, that a party must seek leave of the Court or consent of the adverse

party when an amendment is sought more than twenty (20) days after service of the pleading at issue. In the present matter, the Defendant's September 28, 2004 amendment to its July 16, 2004 Local Rule 56(a)(2) Statement was filed more than twenty (20) days after the July 16, 2004 Local Rule 56(a)(2) Statement had been served. The Defendant has neither sought leave of the Court, nor has the Defendant solicited consent of the Plaintiff in order to amend paragraph 2 of its July 16, 2004 Local Rule 56(a)(2) Statement.

      WHEREFORE, for the foregoing reasons, the Plaintiff respectfully requests the Court to reject Defendant's unilateral amendment to its July 16, 2004 Local Rule 56(a)(2) Statement and deny Defendant's request should the Court treat the September 28, 2004 submission as a de facto motion to amend.

      Respectfully submitted,

      PLAINTIFF

      By_____
        Lawrence W. Berliner
        Klebanoff & Alfano, P.C.
        Corporate Center West
        433 South Main Street Suite 102
        West Hartford, CT 06110
        Tel. No. (860) 313-5005
        Fed. Bar No. CT 7002

**CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed this 30th day of September, 2004 by U.S. Mail first class, postage prepaid to Attorney Valerie Maze, Assistant Town Attorney, Town Hall, 101 Field Point Road, Greenwich, CT.

                                                                       _____
                                                                       Attorney Lawrence W. Berliner