UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
DAVID BRUNO                                  :   CIVIL ACTION NO.
                                             :   3: 02CV2192 (WWE)
            Plaintiff,                       :
v.                                           :
                                             :
                                             :
GREENWICH BOARD OF EDUCATION                 :
                                             :
            Defendant.                       :
---------------------------------------------------------------X   February 16, 2005

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In accordance with the Court's Ruling on Cross Motions for Summary Judgment dated December 20, 2004, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 of the Local Rules of Civil Procedure for the District of Connecticut, the defendant Greenwich Board of Education herewith supplements the record as ordered and moves for summary judgment because, based on the evidence submitted, there is no genuine dispute as to an issue of material fact and the defendant is entitled to judgment as a matter of law.

Defendant's Memorandum of Law is annexed hereto.

DEFENDANT,
GREENWICH BOARD OF EDUCATION

By: _____
Valerie E. Maze, Its Attorney
Federal Bar No. CT 14080
Town of Greenwich Law Dept.
101 Field Point Road
Greenwich, CT 06830
Telephone (203) 622-7876
FAX (203) 622-3816

## CERTIFICATION OF SERVICE

A copy of the foregoing has been mailed by first class mail, postage prepaid, this 15st day of February, 2005 to:

Lawrence W. Berliner, Esq.
Klebanoff & Alfano, P.C.
Corporate Center West
433 South Main Street, Suite 102
West Hartford, CT 06110

Valerie E. Maze