UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BRUNO | } | |
| Plaintiff | } | |
| V. | } | CIVIL ACTION NO. |
| GREENWICH BOARD OF EDUCATION | } | 3:02 CV 02192 (WWE) |
| Defendant | } | MARCH 30, 2005 |

**PLAINTIFFS' REQUEST FOR PERMISSION TO FILE A REPLY MEMORANDUM OF LAW TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT/REPLY MEMORANDUM OF LAW**

The Plaintiff respectfully requests permission from the Court to allow him the opportunity to file a reply memorandum of law in response to Defendant's March 14, 2005 Memorandum of Law in Opposition to Plaintiff's Reply Memorandum of Law dated February 18, 2005. A copy of the Plaintiffs' Reply Memorandum of Law has been attached hereto.

WHEREFORE, for the foregoing reasons the Plaintiffs' request for permission to file a reply memorandum of law and the Plaintiff further requests the Court to

grant this request <u>nunc pro tunc.</u>

                                              Respectfully submitted,

                                              PLAINTIFF

                                              By_____
                                                 Lawrence W. Berliner
                                                 Klebanoff & Alfano, P.C.
                                                 Corporate Center West
                                                 433 South Main Street Suite 102
                                                 West Hartford, CT 06110
                                                 Tel. No.  (860) 313-5005
                                                 Fed. Bar No. CT 7002

**CERTIFICATION**

    This is to certify that a copy of the foregoing Motion and attached Memorandum of Law was mailed this 30th day of March, 2005 by U.S. Mail first class, postage prepaid to Attorney Valerie Maze, Assistant Town Attorney, Town Hall, 101Field Point Road, Greenwich, CT.

                                              _____
                                              Attorney Lawrence W. Berliner