District of Connecticut

FILED AT        BRIDGEPORT

April 1, 2005

Kevin F. Rowe, Clerk

By Sasha Simpson

Deputy Clerk

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

DAVID BRUNO                                    }

Plaintiff                                      }
                                               }
V.                                             }        CIVIL ACTION NO.
                                               }
GREENWICH BOARD OF EDUCATION                   }        3:02 CV 02192 (WWE)
                                               }
Defendants                                     }

## AFFIDAVIT OF DAVID BRUNO

I, David Bruno, being duly sworn depose and say:

1. I am over the age of eighteen and I believe in the obligations of an oath;

2. I was a student at Greenwich High School, Greenwich, CT;

3. Greenwich Public Schools had determined that I qualified for special education and related services;

4. I attended various PPT meetings concerning myself including PPT meetings that were scheduled on April 16, 1999, December 14, 1999, May 26, 2000 and September 5, 2001;

5. I have reviewed the affidavit prepared by Joseph Russo dated February 16, 2005 for a case involving myself and Greenwich Board of Education, Civil Action No. 3:02 CV 2192 (WWE);

6. I don't recognize, nor do I have a specific recollection of receiving a copy of the notice of procedural safeguards that were annexed to Mr. Russo's affidavit as Exhibit A, Exhibit B and Exhibit C at PPT meetings convened on April 16, 1999, December 14, 1999 and May 26, 2000. Further, I have no recollection of Mr. Russo providing my mother Sharon Bruno with a copy of those procedural safeguards, even though a check mark on the PPT/IEP forms indicated that a copy of the Procedural Safeguards was made available at the PPT meeting;

7. I may have received a copy of the notice of procedural safeguards at the September 5, 2001 PPT meeting, more than a year after I had been issued a diploma by Greenwich Public Schools, even though my mother and I tried to explain to the PPT that I had not received an appropriate special education program.

David Bruno

Subscribed and sworn to before me this 26TH day of MARCH, 2005.

Notary Public

My Commission Expres
5/31/2009