UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BRUNO | } | |
| Plaintiff | } | |
| V. | } | CIVIL ACTION NO. |
| GREENWICH BOARD OF EDUCATION | } | 3:02 CV 02192 (WWE) |
| Defendants | } | |

**AFFIDAVIT OF SHARON BRUNO**

I, Sharon Bruno, being duly sworn depose and say:

1. I am over the age of eighteen and I believe in the obligations of an oath;

2. I am the mother of David Bruno who was a student enrolled in the Greenwich Public Schools;

3. I have attended my son's PPT meetings and in particular meetings convened on April 16, 1999, December 14, 1999, May 26, 2000 and September 5, 2001.

4. I have reviewed the Affidavit prepared by Joseph Russo dated February 16, 2005 for a case entitled David Bruno v. Greenwich Board of Education, Civil Action No. 3:02CV2192(WWE);

5. I do not recognize, nor do I have a specific recollection of ever receiving a copy of the notice of procedural safeguards that were annexed to Mr. Russo's affidavit as Exhibit A, Exhibit B or Exhibit C at the PPT meetings convened respectively on April 16, 1999, December 14, 1999 and May 26, 2000, even though a check mark on these PPT/IEP forms indicated that a copy of the Procedural Safeguards was made available at the PPT meetings;

6. I may have received a copy of the notice of procedural safeguards, Exhibit C at the September 5, 2001 PPT meeting, a meeting that was convened to

contest the appropriateness of my son's special education program at Greenwich High School.

_____
Sharon Bruno

Subscribed and sworn to before me this 26 day of MARCH, 2005.

_____
Notary Public

My Commission Expires
5/31/2009