UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------------------------------------X
DAVID BRUNO                                  :    CIVIL ACTION NO.
                                             :    3: 02CV2192 (WWE)
                  Plaintiff,                 :
v.                                           :
                                             :
GREENWICH BOARD OF EDUCATION                 :
                                             :
                  Defendant.                 :
---------------------------------------------------------------X    April 12, 2005
```

## DEFENDANT'S REQUEST FOR PERMISSION TO FILE BRIEF IN OPPOSITION TO PLAINTIFF'S REPLY MEMORANDUM OF LAW DATED MARCH 30, 2005

The defendant Greenwich Board of Education respectfully requests permission to file a short brief in response to the plaintiff's Reply Memorandum of Law in Support of Motion for Summary Judgment dated March 30, 2005 (the plaintiff's "Reply brief").  The Board requests such permission for good cause in that 1) The plaintiff's Reply brief attaches two new affidavits (even though both affiants, David Bruno and Sharon Bruno, testified at the administrative hearing; and 2) The plaintiff's Reply brief raises at least one new argument[1] not previously briefed.

The plaintiff filed his Request for Permission to file the Reply brief on or about March 30, 2005.  The Court granted the plaintiff permission to file the Reply Memorandum of Law a day later, on April 1, 2005.  Thus, there was insufficient opportunity for the Board to interpose an objection to the filing of the Reply brief

---

[1] The plaintiff makes an argument, which is contested, that the Board had a duty to provide David Bruno or his mother with a written notification of a transfer of rights. See Reply brief at pp.3-4

and the affidavits. The Board thus requests an opportunity to address briefly the issues raised in the Reply brief by way of the defendant's brief in opposition attached hereto.

        THE DEFENDANT,
        GREENWICH BOARD OF EDUCATION

        By: _____
           Valerie E. Maze
           Federal Bar No. CT 14080
           Law Department, Town Hall
           101 Field Point Road
           Greenwich, CT  06836-2540
           Telephone:(203) 622-7878
           Fax:(203) 622-3816

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent postage prepaid on April 12, 2005 via first-class United States mail to:

Lawrence W. Berliner, Esq.
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 102
West Hartford, CT 06110.

                                            _____
                                            Valerie E. Maze