FILED

2005 APR 18 P 12:49

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BRUNO | } | |
| Plaintiff | } | |
| V. | } | CIVIL ACTION NO. |
| GREENWICH BOARD OF EDUCATION | } | 3:02 CV 02192 (WWE) |
| Defendant | } | APRIL 15, 2005 |

### PLAINTIFFS' REQUEST FOR PERMISSION TO FILE A SUR-REPLY MEMORANDUM OF LAW TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT/REPLY MEMORANDUM OF LAW

The Plaintiff respectfully requests permission from the Court to allow him the opportunity to file a sur-reply memorandum of law in response to Defendant's April 12, 2005 Memorandum of Law in Opposition to Plaintiff's Reply Memorandum of Law dated March 30, 2005. A copy of the Plaintiffs' Reply Memorandum of Law has been attached hereto.

WHEREFORE, for the foregoing reasons the Plaintiffs' request for permission to file a reply memorandum of law and the Plaintiff further requests the Court to

grant this request <u>nunc pro tunc.</u>

                                  Respectfully submitted,

                                  PLAINTIFF

                                By_____
                                Lawrence W. Berliner
                                Klebanoff & Alfano, P.C.
                                Corporate Center West
                                433 South Main Street Suite 102
                                West Hartford, CT 06110
                                Tel. No. (860) 313-5005
                                Fed. Bar No. CT 7002

## CERTIFICATION

This is to certify that a copy of the foregoing Motion and attached Memorandum of Law was mailed this 15th day of April, 2005 by U.S. Mail first class, postage prepaid to Attorney Valerie Maze, Assistant Town Attorney, Town Hall, 101 Field Point Road, Greenwich, CT.

_____
Attorney Lawrence W. Berliner