HONORABLE **W.W. Eginton**  Civ-Trial(April 12, 2004)

TOTAL TIME: 5 hours 10 minutes

DEPUTY CLERK **D. Chaffee** RPTR/ERO/TAPE **Judy Faroos**

DATE **6/7/05**   START TIME **9:45**   END TIME **2:55**
LUNCH RECESS FROM **12:45** TO **1:30**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**David Bruno**
vs.
**Greenwich Board of Ed.**

CIVIL NO. **3:02CV2192(WWE)**

**Lawrence W. Berliner**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Valerie E. Maze**
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☐ Jury of ___ report (see attached) ☐ Jury sworn
☐ Jury Trial held ☑ Jury Trial continued until ___ at ___
☑ Court Trial held ☑ Court Trial continued until **6/8/05** at **9:00am**
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)