Civ-Trial(April 12, 2004)

TOTAL TIME: _1_ hours _0_ minutes  HONORABLE W.W. Eginton
DEPUTY CLERK D. CANDEE   RPTR/ERO/TAPE Judy Fazekas

DATE 6/8/05   START TIME 9:40   END TIME 10:40
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

David Bruno
vs.
Greenwich Board of Education

CIVIL NO. 3:02CV2192(WWE)

Lawrence W. Berliner
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Valerie E. Maze
Defendants Counsel

### CIVIL JURY/COURT TRIAL

☐ Jury of ____ report (see attached) ☐ Jury sworn
☐ Jury Trial held ☐ Jury Trial continued until ____ at ____
☑ Court Trial held ☑ Court Trial continued until 6/9/05 at 8:45 am
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☑ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)