02CV2192MW

HONORABLE W.W. Eginton
DEPUTY CLERK D. CANDEE   RPTR/ERO/TAPE Judy Fazekas

TOTAL TIME: 2 hours 5 minutes

DATE 6/9/05   START TIME 9:00   END TIME 11:05
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

David Bruno
vs.
Greenwich Board of Education

CIVIL NO 3:02CV2192(WWE)

Lawrence D. Berliner
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Valerie E. Maze
Defendants Counsel

## CIVIL JURY/COURT TRIAL

Jury of ____ report (see attached) ☐ Jury sworn
☐ Jury Trial held  ☐ Jury Trial continued until _____ at _____
☑ Court Trial held  ☐ Court Trial continued until _____ at _____
☐ Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☑ Plaintiff(s) rests  ☑ Defense rests
Briefs due: ☑ Pltf 7/8/05  Deft 7/8/05  Reply _____
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)