FILED
2005 JUL -8 A 11: 37
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID BRUNO } | |
| Plaintiff } | |
| V. } | CIVIL ACTION NO. |
| GREENWICH BOARD OF EDUCATION } | 3:02 CV 02192 (WWE) |
| Defendants } | JULY 7, 2005 |

## AFFIDAVIT OF DAVID BRUNO

I, David Bruno, being duly sworn depose and say:

1. I am over the age of eighteen and I believe in the obligations of an oath;

2. I am the Plaintiff in a legal matter entitled David Bruno v. Greenwich Board of Education Civil Action No. 3:02 CV02192(WWE).

3. I attended the C.A.R.E.S. program located at Mitchell College during the 2002-03 and 2003-04 academic years.

4. I borrowed the sum of $20,133.00 from the Great Lakes Educational Loan Services, Inc. to pay for tuition and other expenses at the C.A.R.E.S. program.

5. I borrowed the sum of $13,250.00 from Stafford Student Loan.

6. I incurred approximately $2,000.00 in educational expenses for books and supplies during each of the two (2) academic years that I had attended the C.A.R.E.S. program at Mitchell College.



06-01-2005

PAGE:    1

6672151500000001  BS
DAVID M. BRUNO
12 ROCKLAND PL
GREENWICH, CT   06831

BORROWER:    DAVID M. BRUNO
ACCT TYPE:   KAL LOAN ACCOUNT
LENDER:      KEYCORP STUDENT LOAN TRUST  577220   100
PMT REF NR:  6672151500000001

| PAYMENT DATE | PMT TYPE | AMOUNT | APPLIED TO PRINCIPAL | APPLIED TO INTEREST | APPLIED TO LATE CHRGS | UNPAID PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|
| 09/20/2002 | ND | 5,000.00 |  |  |  |  |
| 01/06/2003 | ND | 5,000.00 |  |  |  | 5,000.00 |
| 02/06/2003 | AA | 400.00 | 400.00 | 0.00 | 0.00 | 10,000.00 |
| 09/03/2003 | ND | 5,000.00 |  |  |  | 10,400.00 |
| 01/16/2004 | ND | 5,000.00 |  |  |  | 15,400.00 |
| 02/16/2004 | AA | 332.97 | 332.97 | 0.00 | 0.00 | 20,400.00 |
| 04/08/2004 | RS | 1,675.59 |  |  |  | 20,732.97 |
| 09/12/2004 | IC | 1,075.78 |  |  |  | 19,057.38 |
| 10/18/2004 | CN | 153.50 | 62.09 | 91.41 | 0.00 | 20,133.16 |
| 11/11/2004 | CN | 153.50 | 90.20 | 63.30 | 0.00 | 20,071.07 |
| 12/10/2004 | CN | 153.50 | 77.34 | 76.16 | 0.00 | 19,980.87 |
| 01/10/2005 | CN | 153.50 | 69.34 | 84.16 | 0.00 | 19,903.53 |
| 02/10/2005 | CN | 153.50 | 62.19 | 91.31 | 0.00 | 19,834.19 |
| 03/17/2005 | CN | 153.50 | 50.75 | 102.75 | 0.00 | 19,772.00 |
| 04/21/2005 | CN | 153.50 | 45.29 | 108.21 | 0.00 | 19,721.25 |
| 05/08/2005 | CN | 153.50 | 98.97 | 54.53 | 0.00 | 19,675.96 |
|  |  |  |  |  |  | 19,576.99 |

002115
2401 INTERNATIONAL LANE



**Loan Period Begin Date:** 08/26/2002
**Loan Period End Date:** 05/13/2003

### Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|
| $2,625 | $2,625 | 04/30/2005 | $56 | 04/30/2005 | VARIABLE | $0 | |

### Disbursement(s)

| Disbursement Date | Disbursement Amount |
|---|---|
| 01/14/2003 | $1,312 |
| 08/25/2002 | $1,313 |

### Status(es)

| Loan Status | Status Description | Status Effective |
|---|---|---|
| FB | FORBEARANCE | 09/25/2004 |
| RP | IN REPAYMENT | 09/13/2004 |
| IG | IN GRACE PERIOD | 03/13/2004 |
| IA | LOAN ORIGINATED | 07/02/2002 |

### Servicer/Lender/Guaranty Agency Information

*Current Servicer:* SALLIE MAE, INC.
220 LASLEY AVE
WILKES-BARRE, PA 18706
888-272-5543

Jun 21 2005 9:45AM   SUFFIELD VO-AG O                8606688178           p.5
Jun 17 05 05:09a     Bruno                           203-531-4616          p.2

*Current Servicer:* MISSOURI HIGHER EDUCATION LOAN AUTH
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005-1243
Phone not available

*Current Lender:* BANK OF AMERICA N A
P O BOX 419036
KANSAS CITY, MO 64183-0000
Phone not available

*Current Guaranty Agency:* AMERICAN STUDENT ASSISTANCE
100 CAMBRIDGE ST SUITE 1600
BOSTON, MA 02114
Phone not available

Detail Loan Information for DAVID M BRUNO

Type of Loan: STAFFORD SUBSIDIZED
Loan obtained while attending the MITCHELL COLLEGE

Date Entered Repayment: 09/13/2004

Loan Period Begin Date: 09/04/2003
Loan Period End Date:   05/19/2004

### Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Current Rate | Cancelled Amount | Cancelled Date |
|---|---|---|---|---|---|---|---|
| $2,625 | $1,312 | 04/30/2005 | $0 | 04/30/2005 | VARIABLE | $1,313 | 01/21/2004 |

*Current Lender:* CHASE USA TRUST/SLMA TRUST MS1814
11600 SALLIE MAE DR,DEB SOUTHERLAND
RESTON, VA 20193-0000
888-272-5543

*Current Guaranty Agency:* USA FUNDS, INC.
P.O. BOX 6180
INDIANAPOLIS, IN 46206-6180
888-272-5543



Detail Loan Information for DAVID M BRUNO

Type of Loan: STAFFORD UNSUBSIDIZED
Loan obtained while attending the MITCHELL COLLEGE

Date Entered Repayment: 09/13/2004

Loan Period Begin Date: 08/26/2002
Loan Period End Date: 05/13/2003

Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Cancelled Amount | Cancelled Date |
|---|---|---|---|---|---|---|---|
| $4,000 | $4,220 | 04/30/2005 | $90 | 04/30/2005 | VARIABLE | $0 | |

Jun 21 2005 9:46AM    SUFFIELD VO-AG O    8606688178    p.7
Jun 17 05 05:09a    Bruno    203-531-4616    P.1

**Detail Loan Information for DAVID M BRUNO**

**Type of Loan:** STAFFORD UNSUBSIDIZED
Loan obtained while attending the MITCHELL COLLEGE

Date Entered Repayment: 09/13/2004

Loan Period Begin Date: 09/04/2003
Loan Period End Date: 05/19/2004

### Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate | Cancelled Amount | Cancelled Date |
|---|---|---|---|---|---|---|---|
| $4,000 | $2,000 | 04/30/2005 | $110 | 04/30/2005 | VARIABLE | $2,000 | 01/21/2004 |

### Disbursement / Statuses

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effect |
|---|---|---|---|---|
| 09/17/2003 | $2,000 | RP | IN REPAYMENT | 09/13/2004 |
| | | G | IN GRACE PERIOD | 03/13/2004 |
| | | IA | LOAN ORIGINATED | 08/22/2003 |

**Servicer/Lender/Guaranty Agency Information**

7. To the best of my belief, the attached student loan forms are an accurate reflection of the amount borrowed for the C.A.R.E.S. program.

_____
David Bruno

Subscribed and sworn to before me this 5th day of July, 2005.

_____
Susan Thorner
Notary Public

**SUSAN THORNER**
*NOTARY PUBLIC*
**MY COMMISSION EXPIRES APR. 30, 2007**

2