FILED

2005 JUL -8  A 11: 37

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID BRUNO } | |
| Plaintiff } | |
| V. } | CIVIL ACTION NO. |
| GREENWICH BOARD OF EDUCATION } | 3:02 CV 02192 (WWE) |
| Defendants } | JULY 7 , 2005 |

## AFFIDAVIT OF BEATRICE DUNI

I, Beatrice Duni, being duly sworn depose and say:

1. I am over the age of eighteen and I believe in the obligations of an oath;

2. I am the grandmother of David Bruno, the Plaintiff in a federal court case entitled <u>David Bruno v. Greenwich Board of Education,</u> Civil Action No. 3:02 CV 02192(WWE).

3. I paid Dr. Adrienne Smaller the sum of $1,400.00 for an independent evaluation of my grandson David Bruno.

4. I paid Dr. Smaller the sum of $700.00 on January 14, 2004 per my check number 8031 and the sum of $700.00 on February 7, 2004 per my check number 8045.

5. I paid some of David Bruno's educational expenses at Mitchell College as reflected in my check number 721 in the amount of $1,209.22, check number 7218 in the amount of $306.00, check number 7337 in the amount of $852.99, and check number 7363 in the amount of $75.00. These checks total $2,443.19.

**Check 7217**
BEATRICE B. DUNI
129 HALLADAY AVENUE PH. 860-668-7842
SUFFIELD, CT 06078
DATE 6/1/02
PAY TO THE ORDER OF: Mitchell College
$ 1,209.22
One Thousand two hundred nine and 22/100 DOLLARS
The First National Bank of Suffield
SUFFIELD, CONNECTICUT
MEMO: June payment
Beatrice B. Duni

**Check 7218**
Re: David Bruno
BEATRICE B. DUNI
129 HALLADAY AVENUE PH. 860-668-7842
SUFFIELD, CT 06078
DATE 6/1/02
PAY TO THE ORDER OF: Mitchell College
$ 306.00
Three hundred six and 0/100 DOLLARS
The First National Bank of Suffield
MEMO: Health Ins.
Beatrice B. Duni

**Check 7337**
BEATRICE B. DUNI
129 HALLADAY AVENUE PH. 860-668-7842
SUFFIELD, CT 06078
DATE 8/31/02
PAY TO THE ORDER OF: Mitchell College
$ 852.97
Eight hundred fifty-two and 97/100 DOLLARS
The First National Bank of Suffield
MEMO: David N. Bruno  ID P04486843/
Beatrice B. Duni

**Check 7363**
BEATRICE B. DUNI
129 HALLADAY AVENUE PH. 860-668-7842
SUFFIELD, CT 06078
DATE 9/21/02
PAY TO THE ORDER OF: Mitchell College
$ 75.00
Seventy-five and 0/100 DOLLARS
The First National Bank of Suffield
MEMO:
Beatrice B. Duni



/22/2004 Check #8031 Amount $700.00

/13/2004 Check #8045 Amount $700.00

6. To the best of my knowledge the checks attached to this Affidavit are a reflection of the amounts paid to Mitchell College and Dr. Smaller.

*Beatrice Duni*
Beatrice Duni

Subscribed and sworn to before me this 5th day of July, 2005.

*Susan Thorner*
Notary Public

**SUSAN THORNER**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES APR. 30, 2007

2