UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BRUNO | } | |
| | } | |
| Plaintiff | } | |
| | | |
| V. | } | CIVIL ACTION NO. |
| GREENWICH BOARD OF EDUCATION | } | 3:02 CV 02192 (WWE) |
| | } | |
| Defendant | } | JULY 28, 2005 |

**PLAINTIFFS' REQUEST FOR PERMISSION TO FILE A SUR-REPLY MEMORANDUM OF LAW TO DEFENDANT'S REPLY MEMORANDUM OF LAW**

The Plaintiff respectfully requests permission from the Court to allow him the opportunity to file a sur-reply memorandum of law in response to Defendant's Reply Brief dated July 21, 2005 filed in response to Plaintiff's Reply Memorandum of Law dated July 13, 2005. A copy of the Plaintiffs' Sur-Reply Memorandum of Law has been attached hereto.

WHEREFORE, for the foregoing reasons the Plaintiffs' request for permission to file a reply memorandum of law and the Plaintiff further requests the Court to

grant this request <u>nunc pro tunc.</u>

          Respectfully submitted,

          PLAINTIFF

By_____
  Lawrence W. Berliner
  Klebanoff & Alfano, P.C.
  Corporate Center West
  433 South Main Street Suite 102
  West Hartford, CT 06110
  Tel. No. (860) 313-5005
  Fed. Bar No. CT 7002

**CERTIFICATION**

    This is to certify that a copy of the foregoing Motion and attached Memorandum of Law was mailed this 28th day of July, 2005 by U.S. Mail first class, postage prepaid to Attorney Valerie Maze, Assistant Town Attorney, Town Hall, 101 Field Point Road, Greenwich, CT.

                                                  _____
                                                  Attorney Lawrence W. Berliner