UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
DAVID BRUNO                               :     CIVIL ACTION NO.
                                          :     3: 02CV2192 (WWE)
           Plaintiff,                     :
                                          :
v.                                        :
                                          :
GREENWICH BOARD OF EDUCATION              :
                                          :
           Defendant.                     :     AUGUST 3, 2005
---------------------------------------------------------------X

## DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR PERMISSION

On August 3, 2005, the undersigned was notified electronically by the court that a motion for permission to file a surreply brief has been filed by the plaintiff. Apparently a copy of the proposed brief is attached to the motion that has been filed with the court. The defendant Greenwich Board of Education objects to the plaintiff's motion for permission to file a surreply brief dated July 28, 2005. The undersigned has not received a copy of plaintiff's motion or proposed brief and therefore, not knowing what may have been filed, must object to the motion for permission. In addition, the issues have been more than fairly briefed.

                                    THE DEFENDANT,
                                    GREENWICH BOARD OF EDUCATION


                              By: _____
                                    Valerie E. Maze
                                    Federal Bar No. CT 14080
                                    Law Department, Town Hall
                                    101 Field Point Road
                                    Greenwich, CT  06836-2540
                                    Telephone:(203) 622-7878
                                    Fax:(203) 622-3816

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent postage prepaid on August 3, 2005 via first-class United States mail to:

Lawrence W. Berliner, Esq.
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 102
West Hartford, CT 06110.
(860) 313-5005
(860) 313-5010 (fax)

_____
Valerie E. Maze