UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ------------------------------------------------------------X | |
| DAVID BRUNO : | CIVIL ACTION NO. |
| : | 3: 02CV2192 (WWE) |
| Plaintiff, : | |
| v. : | |
| : | |
| GREENWICH BOARD OF EDUCATION : | |
| : | |
| Defendant. : | |
| ------------------------------------------------------------X | August 11, 2005 |

### DEFENDANT'S REQUEST FOR PERMISSION TO FILE BRIEF IN OPPOSITION TO PLAINTIFF'S SURREPLY MEMORANDUM OF LAW DATED JULY 28, 2005

The defendant Greenwich Board of Education respectfully requests permission to file a short brief addressing one claim made in the plaintiff's Reply Memorandum of Law dated July 28, 2005 received August 5, 2005.

                    THE DEFENDANT,
                    GREENWICH BOARD OF EDUCATION

                    By: _____
                          Valerie E. Maze
                          Federal Bar No. CT 14080
                          Law Department, Town Hall
                          101 Field Point Road
                          Greenwich, CT  06836-2540
                          Telephone:(203) 622-7878
                          Fax:(203) 622-3816

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent postage prepaid on August 11, 2005 via first-class United States mail to:

Lawrence W. Berliner, Esq.
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 102
West Hartford, CT 06110.

_____
Valerie E. Maze