UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
DAVID BRUNO                       :   CIVIL ACTION NO.
                                  :   3: 02CV2192 (WWE)
            Plaintiff,            :
                                  :
v.                                :
                                  :
GREENWICH BOARD OF EDUCATION      :
                                  :
            Defendant.            :
------------------------------------------------------------X   August 11, 2005

FILED
2005 AUG 12 P 12: 25
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## DEFENDANT'S BRIEF IN RESPONSE TO SURREPLY DATED JULY 28, 2005

The defendant Greenwich Board of Education hereby responds to the plaintff's Surreply dated July 28, 2005:

The plaintiff received a free and appropriate education as a matter of law and based on the record for the reasons defendant has already briefed at length. Plaintiff now argues in the most recent five-page brief that what he claims is a lack of "conclusive evidence of his success" immediately after high school should somehow be construed to mean the defendant did not provide a free and appropriate education to plaintiff in high school. Plaintiff's Surreply Memorandum of Law at pp. 2-4. Such an argument is astonishing in that it makes no logical or factual sense in a case where the plaintiff succeeded in graduating from high school, was employed at that time, and who now attends college. The argument also flies in the face of the plaintiff's own testimony and admissions. Mr. Bruno wanted to work to have some real world experiences before attending college. Testimony of David Bruno, 07/31/02, pp. 52-53. After graduation, he continued in

the job he had begun in April 2000, without job coaching or monitoring, and sufficiently worked there full-time until 2000. He had other jobs thereafter. Hearing Officer's Final Decision and Order, p. 4, ¶9. The plaintiff's expert acknowledged David Bruno was capable of making the decision to go to college and was also capable of deciding to take a year off and work. Dr. Smaller testimony, 7/19/02, p. 154. There is no dispute that since August 26, 2002, David Bruno has been enrolled at Mitchell College, a fully-accredited, two-year college. Hearing Officer's Final Decision and Order, p. 5, ¶13.

THE DEFENDANT,
GREENWICH BOARD OF EDUCATION

By: _____
Valerie E. Maze
Federal Bar No. CT 14080
Law Department, Town Hall
101 Field Point Road
Greenwich, CT 06836-2540
Telephone:(203) 622-7878
Fax:(203) 622-3816

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent postage prepaid on August 11, 2005 via first-class United States mail to:

Lawrence W. Berliner, Esq.
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 102
West Hartford, CT 06110.

_____
Valerie E. Maze