UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DAVID BRUNO

    v.                                                      3:02cv2192 WWE

GREENWICH BOARD OF EDUCATION

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of cross motions for summary judgment.

The Court heard oral argument and reviewed the motions and all of the papers filed in conjunction with the motions and on January 6, 2006, entered a Ruling granting defendant's motion for summary judgment and declined to exercise jurisdiction over the remaining state-law claims.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 11th day of January, 2006.

                                          KEVIN F. ROWE, Clerk

                                          By      /s/Chrystine W. Cody
                                                      Deputy-in-Charge

Entered on Docket _____